UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NATIVIDAD OCHOA, | No. 2:14-cv-0354 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

Petitioner has filed his second request for an extension of time to file a traverse. Good cause appearing, the request will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 14) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file a traverse. No further extensions of time will be granted absent good cause shown.

DATED: June 10, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1